UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID UPTON, | ) CASE NO. ED CV 10-253-ABC (PJW) |
| Petitioner, | ) |
| | ) J U D G M E N T |
| v. | ) |
| DIRECTOR OF CORRECTIONS, et al., | ) |
| Respondents. | ) |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: April 1, 2010

*Audrey B. Collins*

———————————————————
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\ED CV 10-253 ABC (PJW) Jgm.wpd